UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
LAQUAN PARRISH,

                      Movant,

     -against-                                                    20-cv-3647 (LAK)
                                                                 (16-cr-212 (LAK))

UNITED STATES OF AMERICA,

                      Respondent.
------------------------------------------------------------x

LEWIS A. KAPLAN, *District Judge*.

       The government shall respond to movant's motion [DI 1] no later than July 13, 2020. Defendant shall file his reply, if any, within 60 days of the date that the government files its response.

       SO ORDERED.

Dated:     May 12, 2020

                                                                  _____
                                                                     Lewis A. Kaplan
                                                              United States District Judge