UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
LAQUAN PARRISH,

                    Movant,

      -against-                                                  20-cv-3647 (LAK)
                                                                                     [16-cr-0212 (LAK)]

UNITED STATES OF AMERICA,

                    Respondent.
------------------------------------------------------------------x

## ORDER

LEWIS A. KAPLAN, *District Judge.*

       The motion to vacate, set aside or correct his sentence by setting aside the conviction on Count 4 is denied, substantially for the reasons set forth in the government's opposition memoranda [16-cr-0212, DI 1505, DI 1508] to which no reply has been filed despite the expiration of the extended period of time provided therefor.

       A certificate of appealability is denied, and the Court certifies that any appeal herefrom would not be taken in good faith within the meaning of 28 U.S.C. §1915(a)(3).

       SO ORDERED.

Dated:      September 17, 2020

                                                                     Lewis A. Kaplan
                                                             United States District Judge