UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------x
LAQUAN PARRISH,

                         Movant,

          -against-                                    20-cv-3647 (LAK)
                                                                [16-cr-0212 (LAK)]

UNITED STATES OF AMERICA,

                        Respondent.
------------------------------------------x

## ORDER

LEWIS A. KAPLAN, *District Judge.*

        Movant's application for the appointment of counsel with respect to his Section 2255 motion is denied. The 2255 motion, as well as a certificate of appealability, was denied in September 2020. Movant has not suggested that the Court of Appeals has granted a certificate of appealability or that he has any realistic prospect for success.

        SO ORDERED.

Dated:        March 23, 2022

                                                                       Lewis A. Kaplan
                                                            United States District Judge